[No. 28469-7-III. Division Three. August 24, 2010.]

*In the Matter of the Marriage of* CAROL MARIE SCHNEIDER, *Respondent*, and JEFFREY JOSEPH ALMGREN, *Appellant*.

Appeal from a judgment of the Superior Court for Asotin County, No. 05-3-00141-0, John R. Henry, J. Pro Tem., entered September 8, 2009. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Kulik, C.J., and Brown, J.

[No. 28635-5-III. Division Three. August 24, 2010.]

TRIUNE FAMILY CHARITABLE REMAINDER UNITRUST, *Respondent*, v. DORIS LEANN PFEIFER, *Appellant*.

Appeal from a judgment of the Superior Court for Douglas County, No. 08-2-00291-5, John Hotchkiss, J., entered November 6, 2009. *Affirmed* by unpublished opinion per Kulik, C.J., concurred in by Brown and Siddoway, JJ.

[No. 61941-1-I. Division One. August 30, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES ARTIS CASON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-1-06754-6, Christopher A. Washington, J., entered June 24, 2008. *Affirmed* by unpublished opinion per Spearman, J., concurred in by Schindler and Lau, JJ.

[No. 63367-8-I. Division One. August 30, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. RONALD WAYNE MILLER, JR., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-03670-3, Steven C. Gonzalez, J., entered April 13, 2009. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Dwyer, C.J., and Lau, J.